UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re: Rhonda M. Campbell  
Debtor

CASE NO: 15-21845-GMH-13

SPECIALIZED LOAN SERVICING, LLC, its successors, servicing agents, and/or assigns

Vs.

NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT

RHONDA M. CAMPBELL
AND REBECCA R. GARCIA, TRUSTEE

SPECIALIZED LOAN SERVICING, LLC, its successors, servicing agents, and/or assigns (hereinafter referred to as "Movant") by its attorneys BP Peterman Law Group LLC, has filed papers to request that the Court grant it relief from the automatic stay imposed by Sec. 362(a) of the Bankruptcy Code and for abandonment of property of the estate.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief sought by the Movant in this Motion, or if you want the Court to consider your views on this Motion, then, **within fourteen (14) days of the date of this Notice**, you or your attorney must file a written objection with the Court and request a hearing. Your objection must be sent to:

Bankruptcy Clerk of Court
US Courthouse
517 E. Wisconsin Avenue
Milwaukee, WI 53202

If you mail your objection and request for hearing to the Court for filing, you must mail it early enough so that the Court will receive it within fourteen (14) days of the date of this Notice.

BP Peterman Law Group LLC   165 Bishops Way, Suite 100
Brookfield, WI 53005   262-790-5719   relazem@bplawgroup.com

You must also mail a copy of your objection and request for hearing to Movant's Attorney:

> Riad El-Azem
> BP Peterman Law Group LLC
> 165 Bishops Way, Suite 100
> Brookfield, WI 53005

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting the relief and abandonment as requested.

Dated this 11th day of October, 2018

**BP Peterman Law Group LLC**

/s/ *[signature]*
By: Riad El-Azem

Prepared By:
Riad El-Azem
BP Peterman Law Group LLC
165 Bishops Way, Suite 100
Brookfield, WI 53005
262-790-5719
relazem@bplawgroup.com

BP Peterman Law Group LLC is the creditor's attorney and is attempting to collect a debt on its client's behalf, and any information obtained will be used for that purpose.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In Re: Rhonda M. Campbell<br>Debtor | CASE NO: 15-21845-GMH-13 |

SPECIALIZED LOAN SERVICING, LLC, its successors, servicing agents, and/or assigns

Vs.    MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT

RHONDA M. CAMPBELL
AND REBECCA R. GARCIA, TRUSTEE

SPECIALIZED LOAN SERVICING, LLC, its successors, servicing agents and/or assigns (hereinafter referred to as Movant) by and through its attorneys, BP Peterman Law Group LLC, moves the court pursuant to Sec. 362(d) and Sec. 554 (b) of the Bankruptcy Code for an order granting it relief from the automatic stay that was imposed by Sec. 362(a) of the Bankruptcy Code and for an Order of abandonment and herein alleges as follows:

1. Rhonda M. Campbell, (Debtor) filed a petition under Chapter 13 on 03/02/2015.
2. On 05/06/2006, Cynthia M. Whitelaw executed a promissory Note evidencing a mortgage loan. The promissory Note is secured by a perfected Mortgage on the real property owned by the Debtor located at 4061-4063 N. 39th Street, Milwaukee, WI 53216. A copy of said secured Mortgage is attached hereto and incorporated herein by reference and/or documents revealing the current mortgagee of record.
3. That monthly Mortgage payments have not been received on the above referenced mortgage loan as required by the terms of the Debtor's proposed Plan in this case thereby constituting just cause for terminating the automatic stay that has been imposed.

BP Peterman Law Group LLC    165 Bishops Way, Suite 100
Brookfield, WI 53005    262-790-5719    relazem@bplawgroup.com

4. The Debtor's mortgage loan is currently in default and is reflecting post-petition arrears, in addition to attorney's fees and costs, as follows:

| 34 Payments at $1,073.77 | 12/01/2015 – 09/01/2018 | $36,508.18 |
|---|---|---|
| Less Suspense Balance | | $-318.95 |
| Grand Total | | $36,189.23 |

5. The assessed value of the property is $68,500.00 according to information provided on behalf of the Treasurer, and the Debtor's Payoff on said mortgage loan good through 09/07/2018 is estimated to be $142,740.46.

6. The real estate property tax balance showing due on the subject property at this time is $0.00.

7. The Movant needs to be provided with current proof that adequate homeowner's insurance is in effect on the subject property and that the Movant is properly shown as an additional insured.

8. If the Movant is not granted the relief described herein then it will suffer injuries, losses and/or damages as it does not have adequate protection from the Debtor with regard to its secured interest in the subject property.

9. Should the Movant be granted the relief requested in this Motion, any Order granting the requested relief shall take effect immediately thereby waiving the 14 day stay as described by Bankruptcy Rule 4001 (a)(3).

10. Based on the preceding allegations, the subject property is burdensome to the estate and is of inconsequential value and benefit to the estate.

WHEREFORE, Movant requests:

1. Pursuant to Sec. 362(d)(1) of the Bankruptcy Code, an Order for Relief from the automatic stay as it pertains to the Debtor and the subject property of the estate based on just cause being shown thereby allowing Movant to exercise and enforce its rights pursuant to said Note and Mortgage.

2. Pursuant to Sec. 554 (b) of the Bankruptcy Code, an Order that the Trustee has abandoned the estate's interest in the subject property.

3. That the Movant's legal fees and costs associated with this Motion be approved.

4. That any Order entered pursuant to this Motion shall take effect immediately upon its entry thereby waiving the 14 day stay as described by Bankruptcy Rule 4001 (a)(3).

5. Any further relief that the Court may deem just and equitable.

Dated this 11th day of October, 2018

**BP Peterman Law Group LLC**

/s/ Riad El-Azem

By: Riad El-Azem

BP Peterman Law Group LLC
165 Bishops Way, Suite 100
Brookfield, WI 53005
262-790-5719
relazem@bplawgroup.com

BP Peterman Law Group LLC is the creditor's attorney and is attempting to collect a debt on its client's behalf, and any information obtained will be used for that purpose.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re: Rhonda M. Campbell
Debtor

CASE NO: 15-21845-GMH-13
AFFIDAVIT OF SERVICE

STATE OF WISCONSIN )
WAUKESHA COUNTY )

The affiant, being first duly sworn on oath, deposes and states that a copy of the Notice of Motion and Motion for Relief and Abandonment in the above entitled action was served on _16_ _October_, 2018 by either Electronic Case Filing or by first class mail, postage prepaid, to the following persons at the following addresses:

**Rebecca R. Garcia, Trustee**
PO Box 3170
Oshkosh, WI 54903-3170

**Office of the U.S. Trustee - Eastern**
517 East Wisconsin Avenue, Room 430
Milwaukee, WI 53202

**Rhonda M Campbell**
7926 N 107th St, Apt 3
Milwaukee, WI 53224-0000

**Attorney Arnold F. Lueders, III**
626 E Wisconsin Ave, 14th Floor
Milwaukee, WI 53202

\*\*\* Please see attached page(s) for additional Creditors if needed \*\*\*

Dated this _16_ day of _October_, 2018.

Name: _____
Title: Legal Asst
BP Peterman Law Group LLC

Subscribed and sworn to before me this
_16_ day of _October_ 2018

Notary Public, State of Wisconsin
My commission expires: 6/30/19

BP Peterman Law Group LLC    165 Bishops Way, Suite 100
Brookfield, WI 53005    262-790-5719    relazem@bplawgroup.com

Case 15-21845-gmh    Doc 47    Filed 10/16/18    Page 6 of 7

American General Financial/Springleaf Fi
Springleaf Financial/Attn: Bankruptcy De
Po Box 3251
Evansville, IN 47731

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595

Comenity Bank/bstonstr
3100 Easton Square Pl
Columbus, OH 43219

Educators Credit Union
Attn: Bankruptcy Department
1326 Willow Rd
Mt. Pleasant, WI 53177

Educators Credit Union
Attn: Bankruptcy Dept
1400 N Newman Road
Racine, WI 53406

Gemb/walmart
Attn: Bankruptcy
Po Box 103104
Roswell, GA 30076

Great American Finance
Attn: Bankruptcy
20 N Wacker Dr. Suite 2275
Chicago, IL 60606

IRS--Central Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Marine Credit Union
P.O. Box 309
Onalaska, WI 54650

Marine Cu
Po Box 309
Fond Du Lac, WI 54936

Northstar
6215 N Teutonia
Milwaukee, WI 53209

NORTHSTAR LOANS
7800 W APPLETON AVE UNIT J
MILWAUKEE, WI 53218

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

SPRINGLEAF FINANCIAL SERVICES OF WISCONSIN, INC.
PO Box 3251
Evansville, IN 47731-3251

WE Energies
Attn: BankruptcyDept-A130
PO Box 2046
Milwaukee, WI 53201-2046

We Energies
Attn Bankruptcy Dept. RM A130
333 W Everett St
Milwaukee WI 53203

Wells Fargo Bank, N.A.
Attn: Bankruptcy Dept
MAC #D3347-014
3476 Stateview BLVD
Fort Mill, SC 29715

Wells Fargo Hm Mortgag
8480 Stagecoach Cir
Frederick, MD 21701

Wisconsin Department of Revenue
Special Procedures Unit
PO Box 8901
Madison, WI 53708-8901