THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: January 7, 2019



G. Michael Halfenger
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

    Rhonda M. Campbell,                      Case No. 15-21845-GMH

                                                                             Chapter 13

    Debtor.

**ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY
AND ABANDONMENT**

        On October 16, 2018, Specialized Loan Servicing, LLC filed a motion for relief from the automatic stay and abandonment with respect to the debtor's property located at 4061–4063 North 39th Street, Milwaukee, Wisconsin 53216. The deadline to object to the motion was October 30, 2018. No one objected, but Specialized Loan Servicing has not filed a proposed order granting its motion. The resulting delay has made moot the request for relief from the automatic stay. By operation of 11 U.S.C. §362(e)(1), the stay of any act against the property, to the extent that the property is property of the estate, terminated with respect to Specialized Loan Servicing after November 15, 2018.

        Therefore, IT IS ORDERED that Specialized Loan Servicing, LLC's motion for

relief from the automatic stay is DENIED as moot.

IT IS FURTHER ORDERED that the court will not take any action on the request for abandonment until a proposed order is filed.

IT IS FURTHER ORDERED that if a proposed order is not filed by January 22, 2019, the motion for abandonment may be denied without further notice or hearing.

#####