THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: January 30, 2019



G. Michael Halfenger
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

    Rhonda M. Campbell,                  Case No. 15-21845-GMH

                                                          Chapter 13

            Debtor.

**ORDER DENYING MOTION FOR ABANDONMENT**

On October 16, 2018, Specialized Loan Servicing, LLC filed a motion for relief from the automatic stay and abandonment with respect to the debtor's property located at 4061–4063 North 39th Street, Milwaukee, Wisconsin 53216. The deadline to object to the motion was October 30, 2018. No one objected, but Specialized Loan Servicing did not file a proposed order granting its motion.

On January 7, 2019, the court entered an order explaining that, by operation of 11 U.S.C. §362(e)(1), the automatic stay terminated with respect to Specialized Loan Servicing after November 15, 2018. Accordingly, the court denied Specialized Loan Servicing's motion for relief from the automatic stay as moot.

The court further ordered that it would not take any action with respect to

abandonment until a proposed order was filed and advised that if a proposed order was not filed by January 22, 2019, the court could deny the motion for abandonment without further notice or hearing. Specialized Loan Servicing has not filed a proposed order granting its motion for abandonment.

Therefore, IT IS ORDERED that Specialized Loan Servicing, LLC's motion for abandonment is denied.

#####