## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN
## MILWAUKEE DIVISION

| | |
|---|---|
| In re: | Chapter 13 |
| Rhonda M. Campbell,<br>Debtor. | Case No. 15-21845-gmh |

## REQUEST FOR SPECIAL NOTICE AND SERVICES

**TO THE HONORABLE G. MICHAEL HALFENGER**:

Please take this notice that the undersigned attorney is an authorized agent/entity and hereby enters its request on behalf of Specialized Loan Servicing LLC, and pursuant to Rule 2002 of the Bankruptcy Rules, for inclusion into the Master Mailing List and to have special notice of all events relevant to the above-referenced bankruptcy case to and including all notices, pleadings, and all other documents filed in the proceeding, be sent to our office at the address below.

Dated at Oak Creek, Wisconsin this *12th* day of *August*, 2019.

Cummisford, Acevedo & Associates, LLC
Attorneys for Specialized Loan Servicing LLC

Michael Acevedo, #1022634
7071 S. 13th Street, Suite 100
Oak Creek, WI 53154
414-761-1700 Phone
414-255-3008 Facsimile

| | |
|---|---|
| Debtor's Attorney: | Arnold F. Lueders, III |
| Trustee: | Rebecca R. Garcia |