IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

In re                                    Chapter 13

Rhonda M. Campbell,                      Case No. 15-21845-gmh
                    Debtor.

---

### ORDER GRANTING ABANDONMENT, MODIFYING STAY AND MODIFYING CO-DEBTOR STAY

---

Specialized Loan Servicing LLC, its successors and/or assignees (the "Movant") filed a motion for abandonment, relief from the automatic stay and relief from the co-debtor stay to exercise its rights and remedies with respect to the property located at 4061-4063 N. 39th Street, Milwaukee, WI 53216 (the "Property"). No objections were filed. The facts recited in the motion show that there is no equity in the Property, the Movant's interest in the Property is not adequately protected, or other cause exists for granting the Movant's request for abandonment, relief from the automatic stay and relief from the co-debtor stay.

**Drafted by:**
Attorney Michael Acevedo
Cummisford, Acevedo & Associates, LLC
7071 S. 13th Street, Ste. #100
Oak Creek, WI 53154
Phone: 414-761-1700
Fax:   414-255-3008

1

IT IS THEREFORE ORDERED: the stay of 11 U.S.C. §362 and co-debtor stay of 11 U.S.C. §1301 are modified to permit the Movant to exercise its rights and remedies with respect to the Property under its loan documents and applicable nonbankruptcy law.

IT IS FURTHER ORDERED: the Trustee is authorized and ordered to abandon the Property from the bankruptcy estate under 11 U.S.C. 554, and abandonment is effective upon entry of this Order.

IT IS FURTHER ORDERED: to the extent Bankruptcy Rule 3002.1 applies, the Movant is no longer required to file or provide the notices required by that Rule.

IT IS FURTHER ORDERED: all other relief requested in the motion is denied.

IT IS FURTHER ORDERED: this Order is effective immediately and is not stayed for 14 days pursuant to Bankruptcy Rule 4001(a)(3).

#####